IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR26 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLIFFORD R. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Withdraw Sentence Reduction Motion (Filing No. 46) because the defendant has been released from Bureau of Prisons custody. After considering the matter,

IT IS ORDERED:

1. The defendant's Motion to Withdraw (Filing No. 46) is granted.

2. The defendant's Motion to Reduce Sentence (Filing No. 41) is hereby found moot.

3. The Clerk of Court shall term as moot the parties' joint Stipulation (Filing No. 44) which is pending in this case.

Dated this 13th day of March, 2008.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge